UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNNE COATES, on behalf of herself and all others similarly situated and aggrieved,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP, INC., FARMERS INSURANCE EXCHANGE, and FARMERS INSURANCE COMPANY, INC.,<br><br>Defendants. | Case No. 15-CV-01913-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Lori Andrus
Defendants' Attorneys: Nancy Abell; Heather Morgan; Thomas Barnett

An initial case management conference was held on August 26, 2015. A further case management conference is set for December 10, 2015, at 1:30 p.m. The parties shall file their joint case management statement by December 3, 2015.

By August 31, 2015, Defendants shall identify all 112 individuals subject to a litigation hold by name, job title, and time period for each job title.

The Court grants Defendants' request to depose the named plaintiff and the three current opt-in plaintiffs prior to briefing on conditional class certification under the Equal Pay Act. Defendants shall produce all documents relevant to conditional class certification prior to those depositions. Similarly, any of Defendants' witnesses related to conditional class certification shall

1

Case No. 15-CV-01913-LHK
CASE MANAGEMENT ORDER

be deposed prior to briefing.

Defendants' request to bifurcate discovery is denied. The parties' stipulated departures from the Federal Rules of Civil Procedure as they pertain to depositions are granted.

Each side may file only one dispositive motion in the entire case.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Briefing Schedule on Motion for Conditional Class Certification of Equal Pay Act Claims and/or Motion to Exclude | Motion: October 15, 2015<br>Opposition: November 6, 2015<br>Reply: November 24, 2015 |
| Hearing on Motion for Conditional Class Certification and/or Motion to Exclude | December 10, 2015, at 1:30 p.m. |
| Further CMC | December 10, 2015, at 1:30 p.m. |
| Last Day to Amend Pleadings/Add Parties | February 26, 2016 |
| Opening Expert Reports | June 2, 2016 |
| Rebuttal Expert Reports | June 30, 2016 |
| Close of Expert Discovery | July 21, 2016 |
| Briefing Schedule on Motions for Class Certification and/or Decertification | Motion: July 21, 2016<br>Opposition: August 18, 2016<br>Reply: September 8, 2016 |
| Hearing on Motion for Class Certification | September 29, 2016, at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: August 26, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-01913-LHK
CASE MANAGEMENT ORDER