United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNNE COATES,<br><br>            Plaintiff,<br><br>     v.<br><br>FARMERS GROUP, INC., et al.,<br><br>            Defendants. | Case No. 15-CV-01913-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Lori Andrus, Jennie Lee Anderson, Lori Costanzo
Defendants' Attorneys: Nancy Abell, Neal Mollen

    A case management conference was held on December 10, 2015. A further case management conference is set for March 16, 2016, at 2:00 p.m. The parties shall file their joint case management statement by March 9, 2016. The joint case management statement shall propose a schedule through trial.

    The parties shall file any motions to compel or motions for spoliation with Magistrate Judge Nathanael Cousins and comply with his pre-filing requirements, if any.

    By December 14, 2015, Defendants shall provide to Plaintiff the available dates for the eleven requested corporate deponents.

**By December 17, 2015,**[1] Defendants shall produce the names of individuals whose documents are responsive to Plaintiff's requests for document production.

The deposition limits previously agreed to by the parties shall apply to the opt-in plaintiffs. Each side may serve up to fifty interrogatories. Discovery is limited to 10% of the opt-in plaintiffs.

As stated in the Court's December 9, 2015 Order, Plaintiff's counsel shall send the approved notice to the potential members of the conditionally-certified EPA collective action. ECF No. 78.

The case schedule remains as set:

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend Pleadings/Add Parties | February 26, 2016 |
| Opening Expert Reports | June 2, 2016 |
| Rebuttal Expert Reports | June 30, 2016 |
| Close of Expert Discovery | July 21, 2016 |
| Briefing Schedule on Motions for Class Certification and/or Decertification | Motion: July 21, 2016<br>Opposition: August 18, 2016<br>Reply: September 8, 2016 |
| Hearing on Motion for Class Certification | September 29, 2016, at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated:  December 10, 2015

_____
LUCY H. KOH
United States District Judge

---

[1] The Court did not impose the December 17, 2015 deadline at the case management conference.