United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNNE COATES, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FARMERS GROUP, INC., et al.,<br><br>  Defendants. | Case No. 15-CV-01913-LHK<br><br>**REFERRAL TO PRIVATE MEDIATION** |

Pursuant to the ADR Phone Conference Report of February 26, 2016, the Court REFERS the parties to private mediation, with a deadline for completion of April 25, 2016.

**IT IS SO ORDERED.**

Dated: March 1, 2016

_____
LUCY H. KOH
United States District Judge

1

Case No. 15-CV-01913-LHK
REFERRAL TO PRIVATE MEDIATION