UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNNE COATES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FARMERS GROUP, INC., et al.,<br><br>Defendants. | Case No. 15-CV-01913-LHK<br><br>**ORDER PROPOSING CASE SCHEDULE**<br><br>Re: Dkt. No. 117 |

The Court has reviewed the joint case management statement filed by the parties on March 9, 2016.  ECF No. 117.  The parties shall file any discovery motions with Magistrate Judge Nathanael Cousins and comply with his pre-filing requirements, if any.

Pursuant to the proposal of the parties, the Court proposes the following case schedule. The parties shall file any objections to the proposed case schedule by 3:00 p.m. Tuesday, March 15, 2016.

| Scheduled Event | Date |
|---|---|
| Opening Expert Reports | June 2, 2016 |
| Rebuttal Expert Reports | June 30, 2016 |
| Close of Expert Discovery | July 21, 2016 |
| Briefing Schedule on Motions for Class Certification and/or Decertification | Motion: July 21, 2016<br>Opposition: August 18, 2016<br>Reply: September 8, 2016 |
| Hearing on Motion for Class Certification | September 29, 2016, at 1:30 p.m. |
| Close of Fact Discovery | October 14, 2016 |
| Opening Trial Expert Reports | December 2, 2016 |
| Rebuttal Trial Expert Reports | December 16, 2016 |
| Close of Trial Expert Discovery | January 20, 2017 |
| Briefing Schedule on Dispositive Motions | Motion: February 23, 2017<br>Opposition: March 16, 2017<br>Reply: March 30, 2017 |
| Briefing Schedule on *Daubert* Motions | Motion: March 9, 2017<br>Opposition: March 23, 2017<br>Reply: March 30, 2017 |
| Hearing on Dispositive and *Daubert* Motions | April 20, 2017, at 1:30 p.m. |
| Final Pretrial Conference | June 29, 2017, at 1:30 p.m. |
| Jury Trial | July 10, 2017, at 9:00 a.m. |
| Length of Trial | 9 days |

**IT IS SO ORDERED.**

Dated:  March 14, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-01913-LHK
ORDER PROPOSING CASE SCHEDULE