UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNNE COATES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FARMERS GROUP, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-CV-01913-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference set for March 16, 2016, at 2:00 p.m. is hereby CONTINUED to June 8, 2016, at 2:00 p.m. The parties shall file their joint case management statement by June 1, 2016.

On March 9, 2016, the parties filed a joint case management statement with a proposed case schedule. ECF No. 117. The parties proposed a fact discovery cut-off of October 14, 2016 and anticipated the case being ready for trial by April 24, 2017. *Id.* at 12.

On March 14, 2016, the Court proposed a case schedule and invited the parties to file any objections to the proposal. ECF No. 118. The Court's proposed schedule adopted the parties' proposed fact discovery cut-off of October 14, 2016, but proposed a trial date of July 10, 2017 to provide sufficient time for the parties to brief dispositive motions, the Court to rule on dispositive

1

Case No. 15-CV-01913-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

motions, and the parties to comply with the Court's pretrial conference filing deadlines. The Court also proposed April 20, 2017 as the hearing date for dispositive motions.

On March 15, 2016, Defendants Farmers Group, Inc., Farmers Insurance Exchange, and Farmers Insurance Company, Inc. (collectively, "Defendants") filed objections to the proposed schedule. ECF No. 119. Defendants asked the Court to extend the fact discovery deadline from October 14, 2016 to December 15, 2016. Defendants also extended the trial expert discovery dates and the dispositive motion briefing schedule. Plaintiffs Lynne Coates, Serena Neves, Karen Wasson, Keever Rhodes, and Celeste Stokes did not file any objections to the proposed case schedule.

The Court adopts Defendants' proposed fact and expert discovery extensions. However, the briefing schedule for dispositive motions remains as proposed by the Court. Accordingly, the Court adopts the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Opening Expert Reports | June 2, 2016 |
| Further Case Management Conference | June 8, 2016, at 2:00 p.m. |
| Rebuttal Expert Reports | June 30, 2016 |
| Close of Expert Discovery | July 21, 2016 |
| Briefing Schedule on Motions for Class Certification and/or Decertification | Motion: July 21, 2016<br>Opposition: August 18, 2016<br>Reply: September 8, 2016 |
| Hearing on Motion for Class Certification | September 29, 2016, at 1:30 p.m. |
| Close of Fact Discovery | December 15, 2016 |
| Opening Trial Expert Reports | January 9, 2017 |
| Rebuttal Trial Expert Reports | January 24, 2017 |
| Close of Trial Expert Discovery | January 27, 2017 |
| Briefing Schedule on Dispositive Motions | Motion: February 23, 2017<br>Opposition: March 16, 2017<br>Reply: March 30, 2017 |
| Briefing Schedule on *Daubert* Motions | Motion: March 9, 2017<br>Opposition: March 23, 2017 |

|  | Reply: March 30, 2017 |
|---|---|
| Hearing on Dispositive and *Daubert* Motions | April 20, 2017, at 1:30 p.m. |
| Final Pretrial Conference | June 29, 2017, at 1:30 p.m. |
| Jury Trial | July 10, 2017, at 9:00 a.m. |
| Length of Trial | 9 days |

**IT IS SO ORDERED.**

Dated: March 15, 2016

_____
LUCY H. KOH
United States District Judge